1022

ALPINE QUALITY CONSTRUCTION SERVICES, INC., ET AL.,
*Appellants*, v. BRETT JOHNSON ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Skamania County, No. 01-2-00062-6, E. Thompson Reynolds, J., entered October 12, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Houghton, J.

[No. 35572-8-II.  Division Two.  June 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY S. ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02303-3, Serjio Armijo, J., entered November 3, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.

[No. 35583-3-II.  Division Two.  June 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA L. KILBY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01014-2, Frank E. Cuthbertson, J., entered November 21, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 35864-6-II.  Division Two.  June 24, 2008.]

THE DEPARTMENT OF ECOLOGY, *Respondent*, v. HERM DOUMA ET AL., *Appellants*.

The unpublished opinion in this case was *withdrawn* by order of the Court of Appeals dated October 14, 2008. Substitute opinion filed. See 147 Wn. App. 143.